|  |  |  |
|---|---|---|
| TANISIA BOWMAN, on behalf of herself and all others similarly situated, | ) ) ) ) | **United States District Court**<br>**Northern District of Illinois** |
|  | ) | Case No.: 1:25-cv-9686 |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **STIPULATION OF DISMISSAL** |
| SIKES, INC., | ) | **WITH PREJUDICE** |
|  | ) |  |
| Defendant. | ) |  |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: March 9, 2026

*/s/ Alison Chan*

Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
C: (929)-442-2154
Email: achan@ealg.law
*Attorney for Plaintiff*

*/s/ Ryan T. Benson*

Ryan T. Benson (ARDC No. 6312338)
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
E-mail: rbenson@ohaganmeyer.com
*Attorney for Defendant*